In the Matter of WILLIS W. SMITH, Respondent, against SAMUEL LEVY, as President of the Borough of Manhattan, Appellant.

(Argued March 21, 1934; decided April 17, 1934.)

*Paul Windels*, *Corporation Counsel* (*Paxton Blair*, *J. Joseph Lilly*, *Henry J. Shields* and *Benjamin Millstein* of counsel), for appellant.

*Edwin DeT. Bechtel*, *Leslie D. Dawson* and *H. Henry Ramm* for Murray Hill Association, Inc., *amicus curiæ*.

· *Sol A. Herzog* for Metropolitan Garage Board of Trade, Inc., *amicus curiæ.*

*Benjamin Gollay* for Central West Garage Owners' Association, Inc., et al., *amici curiæ.*

*George Levitus* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.